

E-FILED
JAN 13 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HOLLIS Q. MOORE, §<br>  §<br>Plaintiff, §<br>  §<br>VS. §<br>  §<br>MICHAEL J. ASTRUE, §<br>Commissioner of Social Security §<br>  §<br>Defendant. § | NO. 3-07-CV-2017-B |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated November 13, 2009, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 13th day of Jan, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE